| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Sidney Rayne Bozung | CASE NO.:<br>CHAPTER:  Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/28/2023          Sidney Rayne Bozung          _____
                          Printed name of Debtor 1       Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
                          Printed name of Debtor 2       Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                        F 1002-1.EMP.INCOME.DEC

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069



Direct Deposit Advice

**Check Date**  August 4, 2023

**Voucher Number**  9214

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 972.42 |
| **Total Direct Deposits** | | | **972.42** |

145701    LINE-2000-2006    257    9214    13092    **C**

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                                              **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **257** | Fed Taxable Income | **1,063.34** | Check Date | **August 4, 2023** | Voucher Number **9214** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **July 24, 2023** | Net Pay **972.42** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **July 30, 2023** | Total Hours Worked **35.65** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 25.00 | 5.97 | 149.25 | 24,573.22 |
| Regular | 27.00 | 29.68 | 801.36 | |
| Overtime | | 1.08 | 44.38 | 411.59 |
| CA Meal Pre | | | | 211.23 |
| Cash Tips | | 0.00 | 2.93 | 270.62 |
| Credit Card Ti | | 0.00 | 50.84 | 3,644.71 |
| Sick | | | | 1,000.00 |
| Service Tips | | 0.00 | 14.58 | 1,288.39 |
| **Gross Earnings** | | **36.73** | **1,063.34** | **31,399.76** |

| **Taxes** | | | Amount | YTD |
|---|---|---|---|---|
| SS | | | 65.93 | 1,946.78 |
| MED | | | 15.42 | 455.28 |
| CASDI-E | | | 9.57 | 282.61 |
| FITW | | | 0.00 | 1,362.45 |
| CA | | | 0.00 | 518.48 |
| **Taxes** | | | **90.92** | **4,565.60** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 972.42 |
| **Total Direct Deposits** | | | **972.42** |

| **Time Off** | Available to Use | Plan Year Used |
|---|---|---|
| Sick Leave - CA | 8.00 | 40.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069



Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | July 28, 2023 | 9128 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 924.02 |
| **Total Direct Deposits** | | | **924.02** |

145701    LINE-2000-2006    257    9128    12971    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                                    **Earnings Statement**

| Employee ID | **257** | Fed Taxable Income | **1,010.41** | Check Date | **July 28, 2023** | Voucher Number | **9128** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **July 17, 2023** | Net Pay | **924.02** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **July 23, 2023** | Total Hours Worked | **26.17** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 25.00 | 11.63 | 290.75 | 23,622.61 |
| Regular | 27.00 | 14.54 | 392.58 | |
| Overtime | | 0.16 | 6.70 | 367.21 |
| CA Meal Pre | | | | 211.23 |
| Cash Tips | | 0.00 | 7.15 | 267.69 |
| Credit Card Ti | | 0.00 | 89.25 | 3,593.87 |
| Sick | 25.00 | 8.00 | 200.00 | 1,000.00 |
| Service Tips | | 0.00 | 23.98 | 1,273.81 |
| **Gross Earnings** | | **34.33** | **1,010.41** | **30,336.42** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| SS | | 62.65 | 1,880.85 |
| MED | | 14.65 | 439.86 |
| CASDI-E | | 9.09 | 273.04 |
| FITW | | 0.00 | 1,362.45 |
| CA | | 0.00 | 518.48 |
| **Taxes** | | **86.39** | **4,474.68** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 924.02 |
| **Total Direct Deposits** | | | **924.02** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick Leave - CA | 8.00 | 40.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3943255 | CA: 149-8605-3

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069



Direct Deposit Advice

**Check Date**  **Voucher Number**
July 21, 2023  9038

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 931.00 |
| **Total Direct Deposits** | | | **931.00** |

145701    LINE-2000-2006    257    9038    12845    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                                       **Earnings Statement**

| Employee ID | **257** | Fed Taxable Income | **1,018.04** | Check Date | **July 21, 2023** | Voucher Number | **9038** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **July 10, 2023** | Net Pay | **931.00** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **July 16, 2023** | Total Hours Worked | **32.02** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 25.00 | 11.79 | 294.75 | 22,939.28 |
| Regular | 27.00 | 20.23 | 546.21 | |
| Overtime | | | | 360.51 |
| CA Meal Pre | 27.01 | 1.00 | 27.01 | 211.23 |
| Cash Tips | | 0.00 | 17.97 | 260.54 |
| Credit Card Ti | | 0.00 | 108.19 | 3,504.62 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 23.91 | 1,249.83 |
| **Gross Earnings** | | **33.02** | **1,018.04** | **29,326.01** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| SS | | | 63.12 | 1,818.20 |
| MED | | | 14.76 | 425.21 |
| CASDI-E | | | 9.16 | 263.95 |
| FITW | | | 0.00 | 1,362.45 |
| CA | | | 0.00 | 518.48 |
| **Taxes** | | | **87.04** | **4,388.29** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | | **Type** | **Account** | **Amount** |
|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | | C | ***9774 | 931.00 |
| **Total Direct Deposits** | | | | **931.00** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3



**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069

Direct Deposit Advice

| | Check Date | | | Voucher Number |
|---|---|---|---|---|
| | July 14, 2023 | | | 8946 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 970.18 |
| **Total Direct Deposits** | | | **970.18** |

145701    LINE-2000-2006    257    8946    12715    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                                          **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **257** | Fed Taxable Income | **1,060.89** | Check Date | **July 14, 2023** | Voucher Number | **8946** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **July 3, 2023** | Net Pay | **970.18** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **July 9, 2023** | Total Hours Worked | **35.12** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 25.00 | 11.35 | 283.75 | 22,098.32 |
| Regular | 27.00 | 23.77 | 641.79 | |
| Overtime | | 0.43 | 17.85 | 360.51 |
| CA Meal Pre | | | | 184.22 |
| Cash Tips | | 0.00 | 5.65 | 242.57 |
| Credit Card Ti | | 0.00 | 88.10 | 3,396.43 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 23.75 | 1,225.92 |
| **Gross Earnings** | | **35.55** | **1,060.89** | **28,307.97** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| SS | | | 65.78 | 1,755.08 |
| MED | | | 15.38 | 410.45 |
| CASDI-E | | | 9.55 | 254.79 |
| FITW | | | 0.00 | 1,362.45 |
| CA | | | 0.00 | 518.48 |
| **Taxes** | | | **90.71** | **4,301.25** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 970.18 |
| **Total Direct Deposits** | | | **970.18** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069



Direct Deposit Advice

| | **Check Date** | | | **Voucher Number** |
|---|---|---|---|---|
| | July 7, 2023 | | | 8850 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 1,086.85 |
| **Total Direct Deposits** | | | **1,086.85** |

145701    LINE-2000-2006    257    8850    12590    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## 24 Windward Ave LLC

**Sidney R. Bozung**                                                                                                **Earnings Statement**

| Employee ID | **257** | Fed Taxable Income | **1,188.46** | Check Date | **July 7, 2023** | Voucher Number | **8850** |
|---|---|---|---|---|---|---|---|
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **June 26, 2023** | Net Pay | **1,086.85** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **July 2, 2023** | Total Hours Worked | **35.87** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 25.00 | 12.71 | 317.75 | 21,172.78 |
| Regular | 27.00 | 23.16 | 625.32 | |
| Overtime | | 2.55 | 105.79 | 342.66 |
| CA Meal Pre | | | | 184.22 |
| Cash Tips | | 0.00 | 9.68 | 236.92 |
| Credit Card Ti | | 0.00 | 104.69 | 3,308.33 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 25.23 | 1,202.17 |
| **Gross Earnings** | | **38.42** | **1,188.46** | **27,247.08** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| SS | | | 73.68 | 1,689.30 |
| MED | | | 17.23 | 395.07 |
| CASDI-E | | | 10.70 | 245.24 |
| FITW | | | 0.00 | 1,362.45 |
| CA | | | 0.00 | 518.48 |
| **Taxes** | | | **101.61** | **4,210.54** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 1,086.85 |
| **Total Direct Deposits** | | | **1,086.85** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069



Direct Deposit Advice

**Check Date**
June 30, 2023

**Voucher Number**
8763

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 734.70 |
| **Total Direct Deposits** | | | **734.70** |

DIRECT DEPOSIT VOUCHER

145701    LINE-2000-2006    257    8763    12469    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **257** | Fed Taxable Income | **803.39** | Check Date | **June 30, 2023** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **June 19, 2023** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **June 25, 2023** |

| | | | |
|---|---|---|---|
| Voucher Number | **8763** |
| Net Pay | **734.70** |
| Total Hours Worked | **27.64** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 25.00 | 5.91 | 147.75 | 20,229.71 |
| Regular | 27.00 | 21.73 | 586.71 | |
| Overtime | | 0.09 | 3.69 | 236.87 |
| CA Meal Pre | | | | 184.22 |
| Cash Tips | | 0.00 | 5.11 | 227.24 |
| Credit Card Ti | | 0.00 | 51.02 | 3,203.64 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 9.11 | 1,176.94 |
| **Gross Earnings** | | **27.73** | **803.39** | **26,058.62** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| SS | | 49.81 | 1,615.62 |
| MED | | 11.65 | 377.84 |
| CASDI-E | | 7.23 | 234.54 |
| FITW | | 0.00 | 1,362.45 |
| CA | | 0.00 | 518.48 |
| **Taxes** | | **68.69** | **4,108.93** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 734.70 |
| **Total Direct Deposits** | | | **734.70** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3



**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069

Direct Deposit Advice

| | Check Date | | | Voucher Number |
|---|---|---|---|---|
| | June 23, 2023 | | | 8675 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 824.24 |
| **Total Direct Deposits** | | | **824.24** |

145701    LINE-2000-2006    257    8675    12343    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## 24 Windward Ave LLC

**Sidney R. Bozung**

**Earnings Statement**

| Employee ID | **257** | Fed Taxable Income | **1,033.89** | Check Date | **June 23, 2023** | Voucher Number | **8675** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **June 12, 2023** | Net Pay | **824.24** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **June 18, 2023** | Total Hours Worked | **32.70** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 25.00 | 17.41 | 435.25 | 19,495.25 |
| Regular | 27.00 | 15.29 | 412.83 | |
| Overtime | | 0.01 | 0.42 | 233.18 |
| CA Meal Pre | | | | 184.22 |
| Cash Tips | | 0.00 | 9.10 | 222.13 |
| Credit Card Ti | | 0.00 | 148.03 | 3,152.62 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 28.26 | 1,167.83 |
| **Gross Earnings** | | **32.71** | **1,033.89** | **25,255.23** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| SS | | | 64.10 | 1,565.81 |
| FITW | | | 87.87 | 1,362.45 |
| CA | | | 33.38 | 518.48 |
| MED | | | 14.99 | 366.19 |
| CASDI-E | | | 9.31 | 227.31 |
| **Taxes** | | | **209.65** | **4,040.24** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 824.24 |
| **Total Direct Deposits** | | | **824.24** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069



Direct Deposit Advice

**Check Date**  
June 16, 2023

**Voucher Number**  
8586

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 824.28 |
| **Total Direct Deposits** | | | **824.28** |

145701    LINE-2000-2006    257    8586    12218    C

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **257** | Fed Taxable Income | **1,033.95** | Check Date | **June 16, 2023** |
| Location | **LINE-2000-2006** | Fed Filing Status | **S** | Period Beginning | **June 5, 2023** |
| Hourly | | State Filing Status | **S-0** | Period Ending | **June 11, 2023** |

| | | | |
|---|---|---|---|
| Voucher Number | **8586** |
| Net Pay | **824.28** |
| Total Hours Worked | **34.08** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 25.00 | 12.14 | 303.50 | 18,647.17 |
| Regular | 27.00 | 21.94 | 592.38 | |
| Overtime | | 0.47 | 19.58 | 232.76 |
| CA Meal Pre | | | | 184.22 |
| Cash Tips | | 0.00 | 6.55 | 213.03 |
| Credit Card Ti | | 0.00 | 85.29 | 3,004.59 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 26.65 | 1,139.57 |
| **Gross Earnings** | | **34.55** | **1,033.95** | **24,221.34** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| SS | | 64.10 | 1,501.71 |
| FITW | | 87.88 | 1,274.58 |
| CA | | 33.39 | 485.10 |
| MED | | 14.99 | 351.20 |
| CASDI-E | | 9.31 | 218.00 |
| **Taxes** | | **209.67** | **3,830.59** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 824.28 |
| **Total Direct Deposits** | | | **824.28** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3943255 | CA: 149-8605-3

**24 Windward Ave LLC**
1640 N Kings Rd
Los Angeles, CA 90069


Direct Deposit Advice

**Check Date**
June 9, 2023

**Voucher Number**
8499

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, | C | ***9774 | 840.43 |
| **Total Direct Deposits** | | | **840.43** |

145701    LINE-2000-2006    257    8499    12097    **C**

**Sidney R. Bozung**
1311 venice blvd
4
venice, CA  90291

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### 24 Windward Ave LLC

**Sidney R. Bozung**                                                                **Earnings Statement**

| Employee ID | 257 | Fed Taxable Income | 1,056.07 | Check Date | June 9, 2023 | Voucher Number | 8499 |
| Location | LINE-2000-2006 | Fed Filing Status | S | Period Beginning | May 29, 2023 | Net Pay | 840.43 |
| Hourly | | State Filing Status | S-0 | Period Ending | June 4, 2023 | Total Hours Worked | 33.56 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 25.00 | 11.56 | 289.00 | 17,751.29 |
| Regular | 27.00 | 22.00 | 594.00 | |
| Overtime | | 0.40 | 16.70 | 213.18 |
| CA Meal Pre | 27.16 | 1.00 | 27.16 | 184.22 |
| Cash Tips | | 0.00 | 7.07 | 206.48 |
| Credit Card Ti | | 0.00 | 93.58 | 2,919.30 |
| Sick | | | | 800.00 |
| Service Tips | | 0.00 | 28.56 | 1,112.92 |
| **Gross Earnings** | | **34.96** | **1,056.07** | **23,187.39** |

| Taxes | Amount | YTD |
|---|---|---|
| SS | 65.48 | 1,437.61 |
| FITW | 90.54 | 1,186.70 |
| CA | 34.85 | 451.71 |
| MED | 15.27 | 336.21 |
| CASDI-E | 9.50 | 208.69 |
| **Taxes** | **215.64** | **3,620.92** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATIO | C | ***9774 | 840.43 |
| **Total Direct Deposits** | | | **840.43** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick Leave - CA | 16.00 | 32.00 |

24 Windward Ave LLC | 1640 N Kings Rd  Los Angeles, CA 90069 | (626) 940-6617 | FEIN: 85-3934255 | CA: 149-8605-3