Certificate Number: 14912-CAC-DE-037803385

Bankruptcy Case Number: 23-15075



14912-CAC-DE-037803385

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 28, 2023</u>, at <u>12:53</u> o'clock <u>AM EDT</u>, <u>Sidney Bozung</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  September 28, 2023   By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor